# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S,C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beaty, Jr., James A. | U. S. District Court-Middle District of North Carolina | 08/30/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (Senior) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

251 North Main Street- Suite 248
Winston-Salem, North Carolina 27101-3984

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | NC Judicial Retirement Vested Benefit | $32,345.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty, Jr., James A. | 08/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty, Jr., James A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Duke Energy, Common Stock | A | Dividend | J | T | Buy (add'l) | 01/01/16 | J | | |
| 2. Merrill Lynch/BankofAmerica Spouse RetirementAccount Totals (IRA) | C | Int./Div. | M | T | Redeemed (part) | 12/22/16 | J | D | |
| 3. -Cash | A | Interest | J | T | Open | 06/15/16 | J | | |
| 4. -Money Account/Bankof America NA RASP | A | Interest | J | T | Open | 06/15/16 | J | | |
| 5. -VariousMutual Funds: ConsumerDiscretionary (XLY) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 6. -HealthCareSelect SPDR (XLV) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 7. -IShares MSCI EAFE (EFA) Europe Australasia Far East | A | Dividend | K | T | Buy | 06/15/16 | K | | |
| 8. -IShares IBOXX $ (LQD) Bonds | A | Int./Div. | J | T | Buy | 06/15/16 | J | | |
| 9. -IShares TIPS Bonds (TIP) | A | Int./Div. | J | T | Buy | 06/15/16 | J | | |
| 10. -IShares 3-7 year Treasury Bond(IEI) | A | Int./Div. | J | T | Buy | 06/15/16 | J | | |
| 11. -IShares MBS ETF (MBB) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 12. -IShares IBOXX$ High Yield Bonds (HYG) | A | Int./Div. | J | T | Buy | 06/22/16 | J | | |
| 13. -IShares INC CORE MSCI Emerging Mkts | A | Dividend | J | T | Buy | 10/15/16 | J | | |
| 14. -Materials Select Sector (XLB) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 15. -PowerShares EM Sovereign Bonds (XLB) | A | Int./Div. | J | T | Buy | 06/15/16 | J | | |
| 16. -PowerSharesPreferred (PGX) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 17. -Real Estate Select (XLRE) | A | Dividend | J | T | Buy | 09/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty, Jr., James A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Sector SPRD Consmrs Stpl (XLP) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 19.  -Sector SPDR Energy (XLE) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 20.  -Sector SPDR Industrial (XLJ) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 21.  -Sector SPDR Utilities (XLU) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 22.  -SPDR S&P Insurance ETF (KIE) | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 23.  -Vaneck Vectors JP Morgan EM Local Currency (EMLC) | A | Dividend | K | T | Buy | 06/15/16 | J | | |
| 24.  -Vanguard Financials ETF (VFH) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 25.  -Vanguard Information Tech ETF (VGT) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 26.  -Vanguard Telecomm SRVCS (VOX) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 27.  -Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 28.  -Vanguard Short Term Bond (BSV) | A | Int./Div. | J | T | Buy | 06/15/16 | J | | |
| 29.  Equitable Variable-Alliance Common Stock Fund | A | Dividend | K | T | | | | | |
| 30.  AXA Equitable Incentive Life/Moderate Common Fund | A | Dividend | K | T | | | | | |
| 31.  Bank of America/Savings Account | A | Interest | J | T | | | | | |
| 32.  Vacant Real Estate Forsyth NC/ Parcel 1 | | None | J | W | | | | | |
| 33.  Vacant Real Estate Forsyth NC/Parcel 2 | | None | J | W | | | | | |
| 34.  Vacant Real Estate/Union SC | | None | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty, Jr., James A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NewBridge Bank Checking | B | Interest | K | T | | | | | |
| 36. Wells Fargo Bank Checking | A | Interest | J | T | | | | | |
| 37. Wells Fargo Money Market | A | Interest | J | T | | | | | |
| 38. Allegacy Federal Credit Union Accounts | A | Interest | K | T | | | | | |
| 39. Allegacy Federal Credit Union Certificate of Deposit | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Items A- 2-9

I have been unofficially voluntary inactive as a Senior Judge in the Middle District of North Carolina since August 31, 2016. In addition, I have been completely without a Chambers' staff since my Judicial Assistant retired as of December 31, 2016. I did not at the time have direct assess to the Financial Disclosure website. Nevertheless, with the asistance of a colleague's Judicial Assistant, a Financial Disclosure Report was filed on my behalf as of May 5, 2017. At the time, other than an update reflecting a partial redemption from my ▇▇▇▇ IRA account, there was not much difference between my Financial Disclosure Report for the calendar year 2015 filed on May 3, 2016 and the 2016 Report filed on May 5, 2017. While I acknowledge receiving the July 5, 2017 notice, I did not then take note of  specific request that was being made for additional information. However, as a result of receiving a Letter of Deficiency which noted a previous request for an Amended 2016 Financial Disclosure Report, I retrieved my account information for the Financial Disclosure Reports and noticed that there was not a substantial difference between the reports that were filed on my behalf in 2015 and 2016.

However, I am now aware that the letter of July 5, 2017, highlighted the specific requests for information as to the income and value of each of the assets in Part VII in lines 3-9 that were part of the aggregate income and value within my ▇▇▇▇ Bank of American Investment Services, Inc. (IRA). Although this was not requested for the 2015 Financial Disclosure which was used as guidance for preparing the 2016 report, I understand from the July 5, 2017 letter that this matter was addressed on the "Updates" page on the front of the filing instructions which may have been overlooked in the preparation of my 2016 Financial Disclosure. Given this change, I reached out to my ▇▇▇▇ personal Financial Manager to obtain the information as requested. I am providing this information as requested based upon the information that was recently provided to me. While I acknowledge my personal responsiblity for the report as filed, I regrettably must admit that I have had no involvement in the management of ▇▇▇▇ personal retirement account other than to note on at least two prior Financial Disclosure Reports for 2015 and 2016, that withdrawals had been made from her IRA.

Upon reviewing the recent information that was provided at my request, it became apparent to me that changes had been made to the specific assets that composed ▇▇▇▇ IRA. It appears that during some prior period, the assets of the IRA, as appeared in all of my prior reports had been liquidated and distributed among new and different funds. The prior assets listed in my 2015 and earlier reports were as follows: line 2-Bank of America Investment Services, Inc. (IRA) (the aggreagate account), line 3 -Columbia Cash Reserve Daily, line4- Federated Bond Class A, line 5-Federated American Leaders Class Mutual Fund, line 6-Federated Capital Appreciation Class A Mutual Fund, line 7-Federated INT'L Value Class A Mutual Fund, line 8-Federated Kaufman Class A, and line 9- Federated Strategic Value fund Class A Mutual Fund. However, the overall vlaue of the accounts did not change because the entire funds were transferred from the old assets into the new assets. This occurence was confirmed by the information provided to ▇▇▇▇ personal Financial Manager. As a result, the previously reported assets within my original 2016 Financial Disclosure in Items A- 2-9 of Part VII. Investments and Trusts as noted above have been deleted and the Amended Report for 2016 in Items A-2-28 of Part VII. Investments and Trusts reflects the present portfolio as maintained by my spouse's Merrill Lynch/Bank of America personal Financial Manager.

With respect to the errors noted on the initial and subsequent audits of this Amended Report, it was indicated that for Part VII, Investments and Trusts, line 1, Column D(1) should be completed for each transaction. All of this activity was outside of the current reporting period. so I have placed an arbitrary date of June 15, 2016 as the transaction date since the program will not allow me to add anything other than a 2016 date. However, the majority of the new assets, particularly items numbered 2-11,14-16, 18-21, 23-28, were not purchased during the current reporting period, but instead were initially purchased during the 2015 reporting period on June 16, 2015. In addition, Item number  13 was intiallty purchased on October 15, 2015. The activity that did occur duirng the current reporting period has been identified as such. Again, this information was just newly discovered and is being provided to comply with the request for additional infomation for my Amemded 2016 Financial Disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James A. Beaty, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544